90

THE PEOPLE *ex rel.* COBA PALMER, Petitioner-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary, Respondent-Appellee.

(No. 71-158; )

Third District—March 7, 1972.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

Louis Bertani, State's Attorney, of Joliet, for appellee.

BIGELOW-LIPTAK CORPORATION, Plaintiff-Appellee, *v.* MAZZUCCO CONSTRUCTION COMPANY, Defendant-Appellant (AMERICAN INCINERATOR CORPORATION *et al.*, Defendants)—HOUSING AUTHORITY OF JOLIET, for the use and benefit of BIGELOW-LIPTAK CORPORATION, Defendant-Appellee, *v.* AMERICAN CASUALTY COMPANY *et al.*, Defendant-Appellants.

(No. 71-128; )

Third District—March 8, 1972.

*Rehearing denied April 3, 1972.*